In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00380-CV

_____

**WMJ INVESTMENT CORP., Appellant**

**V.**

**EXXONMOBIL PIPELINE COMPANY, Appellee**

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause No. CV1509418**

**MEMORANDUM OPINION**

The appellant, WMJ Investment Corp., filed a motion to dismiss this appeal.

The motion is voluntarily made by the appellant prior to any decision of this Court.

*See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the

motion and dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on February 28, 2018
Opinion Delivered March 1, 2018

Before McKeithen, C.J., Kreger and Horton, JJ.